UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALERIE DICKS, on behalf of herself
and all others similarly situated,

               Plaintiffs,

-against-

UNILEVER UNITED STATES, INC.

               Defendant.

Case No. 1:22-cv-6752

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Forest Hills, New York
             December 2, 2022

                                          Respectfully Submitted,

                                          **/s/ Mars Khaimov**
                             By:    Mars Khaimov, Esq.
                                        108-26 64th avenue, Second Floor
                                        Forest Hills, New York 11375
                                        Tel (929) 324-0717
                                        Fax (929) 333-7774
                                        Email: mars@khaimovlaw.com
                                        *Attorney for Plaintiff*